[Cite as *Hill v. Cottrill*, 2012-Ohio-4581.]

COURT OF APPEALS
MUSKINGUM COUNTY, OHIO
FIFTH APPELLATE DISTRICT

| | | |
|---|---|---|
| MATTHEW HILL. | : | JUDGES: |
| | : | Hon. Patricia A. Delaney, P.J. |
| Relator | : | Hon. Sheila G. Farmer, J. |
| | : | Hon. Julie A. Edwards, J. |
| -vs- | : | |
| | : | Case No. CT12-0036 |
| KELLY COTTRILL, JUDGE, ET AL | : | |
| | : | |
| Respondents | : | O P I N I O N |


CHARACTER OF PROCEEDING:          Writ of Mandamus


JUDGMENT:                          Dismissed


DATE OF JUDGMENT:                 September 27, 2012


APPEARANCES:

For Relator                        For Respondents

MATTHEW HILL                       NONE
N.C.I. #478-775
15708 McConnelsville Road
Caldwell, Ohio 43724

*Farmer, J.*

{¶1} Relator, Matthew Hill, has filed a complaint for writ of mandamus requesting this Court to issue a writ requiring Respondent to rule on a motion for appointment of counsel and motion for transcript at state expense filed in the trial court.

{¶2} Subsequent to the filing of the instant of Complaint, the trial court issued an order appointing an attorney to represent Relator in his criminal appeal.

{¶3} The Supreme Court has held, "Neither procedendo nor mandamus will compel the performance of a duty that has already been performed. *State ex rel. Grove v. Nadel* (1998), 84 Ohio St.3d 252, 253, 703 N.E.2d 304, 305." *State ex rel. Kreps v. Christiansen* (2000), 88 Ohio St.3d 313, 318, 725 N.E.2d 663, 668.

{¶4} Because the requested relief has already been obtained, we find the complaint for writ of mandamus is moot.

{¶5} We also note Relator had an adequate remedy at law by way of filing a motion for appointment of counsel and motion for transcript in this Court.

{¶6}    For these reasons, the requested writ will not issue and the cause is dismissed.

.

By Farmer, J.

Delaney, P.J. and

Edwards, J. concur.

s /  Sheila G. Farmer_____

s / Patricia A. Delaney_____

s / Julie A. Edwards_____

                    JUDGES

SGF/as 905

[Cite as *Hill v. Cottrill*, 2012-Ohio-4581.]

IN THE COURT OF APPEALS FOR MUSKINGUM COUNTY, OHIO

FIFTH APPELLATE DISTRICT

| | | |
|---|---|---|
| MATTHEW HILL | : | |
| Relator | : | |
| -vs- | : | JUDGMENT ENTRY |
| KELLY COTTRILL, JUDGE, ET AL | : | |
| Respondents | : | CASE NO. CT12-0036 |

For the reasons stated in our accompanying Memorandum-Opinion, the requested writ will not issue and the cause is dismissed.

s / Sheila G. Farmer_____

s / Patricia A. Delaney_____

s / Julie A. Edwards_____

JUDGES